

# In the
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-24-00086-CR

DAVIAN STIGER, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 202nd District Court
Bowie County, Texas
Trial Court No. 23-F-0348-202

Before Stevens, C.J., van Cleef and Rambin, JJ.
Memorandum Opinion by Justice Rambin

## MEMORANDUM OPINION

Davian Stiger pled guilty to possession of a prohibited substance in a correctional facility, a third-degree felony. *See* TEX. PENAL CODE ANN. § 38.11 (Supp.). Pursuant to the terms of a plea agreement with the State, Stiger was placed on deferred adjudication community supervision for five years. In October 2023, the terms and conditions of Stiger's deferred adjudication community supervision were modified by agreement to require Stiger's confinement and participation in a "Substance Abuse Felony Punishment Facility for a term of not less than ninety (90) days or more than one (1) year." Further terms of the agreed modification order also required Stiger to "obey all rules and regulations of the Facility." After Stiger was unsuccessfully discharged from the program, the State filed a motion to adjudicate his guilt. Following an evidentiary hearing, the trial court found the State's allegation true, adjudicated Stiger's guilt, and assessed a sentence of ten years' imprisonment.

On appeal, Stiger argues that the trial court abused its discretion by adjudicating his guilt and by cumulating his sentence with the one imposed in his companion case, numbered 06-24-00085-CR. We addressed those matters in detail in Stiger's appeal of his companion case. For the reasons set forth in our opinion in cause number 06-24-00085-CR, we find that the trial court did not abuse its discretion by adjudicating Stiger's guilt.

Even so, for the reasons discussed in the companion opinion, we sustain Stiger's complaint regarding the cumulation of his sentences.

We modify the trial court's judgment to reflect that Stiger's sentence in this case runs concurrently, not consecutively, with the sentence in his companion case. As modified, we affirm the trial court's judgment.

Jeff Rambin
Justice

Date Submitted:     November 15, 2024
Date Decided:       November 19, 2024

Do Not Publish